IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YELLOWBIRD BUS COMPANY, INC., | : | CIVIL ACTION |
| | : | NO. 09-5835 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LEXINGTON INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |

## **O R D E R**

**AND NOW**, this **12th** day of **July 2010**, it is hereby **ORDERED** that Defendant's motion to dismiss (doc. no. 3) is **GRANTED**;

It is hereby further **ORDERED** that Plaintiff's Complaint is **DISMISSED with leave to amend Counts II and III by Thursday, July 22, 2010**;

It is hereby further **ORDERED** that Defendant's motion for leave to file a reply (doc. no. 24) is **DENIED**.

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno

**EDUARDO C. ROBRENO, J.**